USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  UNITED STATES,

            -v-                                  1:19-cr-00535-GHW

  PAUL A. RINFRET,                    ORDER

                        Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled for February 10, 2020 is adjourned to March 4, 2020 at 4:00 p.m. Defendant's sentencing memorandum is due February 19, 2020; the Government's memorandum is due February 26, 2020.

SO ORDERED.

Dated: December 18, 2019
       New York, New York

                                                  GREGORY H. WOODS
                                            United States District Judge