UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
    UNITED STATES, :
                -v- : 1:19-cr-00535-GHW
    PAUL A. RINFRET, : ORDER
                Defendant. :
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled for March 25, 2020 is adjourned to June 10, 2020 at 3:00 p.m. The Defendant's sentencing submissions have been received by the Court. The Government's sentencing submissions are due no later than March 25, 2020.

    SO ORDERED.

Dated: March 18, 2020
       New York, New York

_____
GREGORY H. WOODS
United States District Judge