**Federal Defenders
OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMORANDUM ENDORSED**   June 5, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/20

Hon. Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Paul Rinfret
      19 Cr 535 (GHW)

Dear Judge Woods,

    I write on consent of the government (AUSA Robert Boone) to request an adjournment of the sentencing hearing currently scheduled for June 10, 2020. The reason for the adjournment request is that the current global pandemic would prevent Mr. Rinfret's sentencing from being held in person.

    Under the CARES Act and the applicable standing order in this District, a sentencing hearing may be held via audio or video only when the Court "finds for specific reasons that the . . . sentencing in that case cannot be further delayed without serious harm to the interests of justice." CARES Act, § 15002(b)(2)(A); *see also* Standing Order M10-468, *In re Coronavirus/COVID-19 Pandemic re: Video Teleconferencing and Telephone Conferencing for Criminal Proceedings*, 20 Misc. 176 (CM), at 3.

    In the instant case, I do not believe that the CARES Act standard can be met. Accordingly, I request that the sentencing be adjourned.

    Thank you for your consideration of this request.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
(212) 417-8743 / (917) 572-5792 cell

Cc:   AUSA Robert Boone

Application granted. The sentencing of Mr. Rinfret is adjourned to August 26, 2020 at 10:00 a.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 31.

SO ORDERED   _____
June 5, 2020     GREGORY H. WOODS
                United States District Judge