# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

**MEMORANDUM ENDORSED**

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 18, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/20

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Paul Rinfret**
   **19 Cr 535 (GHW)**

Dear Judge Woods:

I write with the consent of the government (AUSA Robert Boone) to request an adjournment of the sentencing hearing currently scheduled for August 26, 2020 at 10am. The request is made based on the current global health crisis caused by the novel coronavirus. Counsel for Mr. Rinfret is not able appear for court in person at this time due to both health and child care concerns. Additionally, Mr. Rinfret himself is in the category defined by the CDC as high risk for life-threatening complications due to COVID. He is therefore concerned about his ability to safely travel to the city and appear in Court. Lastly, I do not believe that the requirements of the CARES Act can be met in order to allow a remote sentencing in this particular case. Accordingly, I request that the sentencing be adjourned.

Thank you for your consideration of this request.

Application denied without prejudice. The Court has already extended the sentencing date for Mr. Rinfret twice. The Court observes that there have been substantial reductions in prevalence of COVID cases in New York City since the defendant's last two requests. The Court is now conducting in-person criminal proceedings; a number of protocols have been implemented throughout the courthouse to mitigate the risk associated with COVID. It is not clear what improvements with respect to the existence of COVID in New York City are likely to occur in the near term that would eliminate the defendant's current concern about his ability to travel to the City and to appear in court. The Court is disinclined to adjourn the defendant's sentencing indefinitely. As a result, this application is denied without prejudice.
SO ORDERED
August 19, 2020

Respectfully submitted,

/s/
Jennifer E. Willis, Esq.
Assistant Federal Defender

GREGORY H. WOODS
United States District Judge

Cc: AUSA Robert Boone