**MEMORANDUM ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

August 21, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/20
```

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Paul Rinfret**
**19 Cr 535 (GHW)**

Dear Judge Woods:

I write with the consent of the government (AUSA Robert Boone) to renew my request for an adjournment of the sentencing hearing currently scheduled for August 26, 2020 at 10am. The reason for the request is that while the Courthouse has taken substantial steps to create a safe environment, counsel does not have a safe way to travel to court and does not have childcare due to cancellations connected with COVID.

I request that the sentencing be adjourned approximately one month, to the week of September 28. School will be in session at that point and the adjournment will allow the opportunity to make alternative transportation and childcare arrangements.

Thank you for your consideration of this request.

Application granted. The sentencing proceeding is adjourned to September 29, 2020 at 12:00 p.m. The parties should not expect further extensions of time.
SO ORDERED
August 21, 2020

GREGORY H. WOODS
United States District Judge

Respectfully submitted,

/s/
Jennifer E. Willis, Esq.
Assistant Federal Defender

Cc: AUSA Robert Boone