# MEMORANDUM ENDORSED



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/25/2020
```

August 21, 2020

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Paul A. Rinfret*, 19 Cr. 535 (GHW)

Dear Judge Woods:

In light of the COVID-19 pandemic and its related travel restrictions, the Government requests that members of the public, including victims of the defendant's crimes, be allowed to observe the sentencing of the above-captioned defendant via telephone.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Robert L. Boone
Assistant United States Attorney
(212) 637-2208

cc: Defense Counsel (by ECF)

Application granted. Members of the public may audit the proceedings by phone using the following dial-in information: (888) 557-8511; Access Code 7470200. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.
SO ORDERED
August 21, 2020                 _____
                                GREGORY H. WOODS
                                United States District Judge