UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                   -v-                                1:19-cr-535-GHW

    PAUL A. RINFRET                       ORDER

                                Defendant.
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    A proceeding is scheduled in this matter on September 29, 2020 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public who wish to audit the proceeding may do so using the following dial-in information:  (888) 557-8511; Access Code:  7470200#.

    SO ORDERED.

Dated: September 28, 2020
       New York, New York

                                                                   GREGORY H. WOODS
                                                     United States District Judge