# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

**MEMORANDUM ENDORSED**

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 23, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   **United States v. Paul Rinfret**
           **19 Cr 535 (GHW)**

Dear Judge Woods:

    I write to request an adjournment of the date Mr. Rinfret is to surrender to the Bureau of Prisons to commence his sentence of incarceration. On September 29, 2020, this Court sentenced Mr. Rinfret to 63 months of incarceration followed by two years of supervised release. Mr. Rinfret was ordered to surrender to the designated institution before 2pm on November 30, 2020. As of November 23, Mr. Rinfret has not yet received his designation.

    I request that his surrender date be pushed back for approximately 30 days. The designation process typically takes 45 to 60 days, so that time frame should allow Mr. Rinfret to surrender directly to his designated facility.

    Thank you for your consideration of this request.

                  Respectfully submitted,

                  /s/_____
                  Jennifer E. Willis, Esq.
                  Assistant Federal Defender

Cc:    AUSA Robert Boone

Application granted. The date upon which the defendant must surrender to the custody of the BOP is extended to December 29, 2020. The Court requests that counsel for the United States inquire with the BOP regarding the delay in the defendant's designation.

SO ORDERED.
November 24, 2020

_____
GREGORY H. WOODS
United States District Judge