```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Judgment Creditor,

v.

PAUL A. RINFRET,

      Judgment Debtor.

19 CR 00535-01 (GHW)

**STIPULATION AND
ORDER FOR VOLUNTARY
ASSIGNMENT OF EARNINGS**

WHEREAS, on November 6, 2020, the United States of America obtained a judgment against the judgment debtor, PAUL A. RINFRET, in the amount of $12,290,803.00, for which the outstanding balance is $12,337,584.58, and the parties have agreed to voluntary automatic deduction of 10% per pay period from PAUL A. RINFRET's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that PAUL A. RINFRET's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of PAUL A. RINFRET's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for PAUL A. RINFRET, 19 CR 00535-01.

Dated: July 17, 2024
New York, New York

_____
PAUL A. RINFRET
*Judgment Debtor*

DAMIAN WILLIAMS
United States Attorney

_____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712

SO ORDERED:
Dated: August 15, 2024, New York, New York

_____
UNITED STATES DISTRICT JUDGE